# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ANTHONY DIGILIO,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>    Respondents. | Case No. 2:11-CV-01866-JCM-(GWF)<br><br>**ORDER** |

Petitioner, who is a prisoner of the Federal Bureau of Prisons in custody at the Nevada Southern Detention Center, has submitted an application to proceed in forma pauperis (#1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court finds that petitioner is unable to pay the filing fee.

IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is **GRANTED**. Petitioner need not pay the filing fee of five dollars ($5.00).

IT IS FURTHER ORDERED that the clerk of the court shall file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

IT IS FURTHER ORDERED that the clerk shall serve copies of the petition (#1) and this order upon respondents as follows:

1. By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition and this order on the United States Attorney for the District of Nevada or on an assistant United States attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure;

2. By sending a copy of the petition and this order by registered or certified mail to the Honorable Eric Holder, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC  20530.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 2243 respondents shall file and serve an answer to the petition within three (3) days from the date that this order is entered, unless for good cause additional time is allowed.

DATED:  November 28, 2011.

_____
JAMES C. MAHAN
United States District Judge